FILED

2021 AUG 26 AM 9:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br><br>Mohammed "Moe" Diab<br><br>DEFENDANT(S). | **21MJ03995**<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: indictment
in the _____ District of Massachusetts on August 25, 2021
at 1:12 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 2012 to April 2018
in violation of Title 18 U.S.C., Section(s) 1349
to wit: wire fraud conspiracy, band fraud conspiracy

A warrant for defendant's arrest was issued by: Honorable David H. Hennessy, United States Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     8/26/21
                  Date

Signature of Agent

James Formica
Print Name of Agent

Food & Drug Administration, Office of Crim. Inv.
Agency

Special Agent
Title