Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
2021 AUG 26 AM 9:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF<br><br>MOHAMMED "MOE" DIAB<br>USMS# _____<br>DEFENDANT | CASE NUMBER: **21MJ03995**<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on **August 26, 2021** at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   
   18 USC § 1349 (two counts)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: **1975**

8. Defendant has retained counsel: ☐ No
   ☒ Yes    Name: **Harland Braun, Esq.**    Phone Number: **(310) 277-4777**

9. Name of Pretrial Services Officer notified: **Duty**

10. Remarks (if any): _____

11. Name: **James Formica** (please print)

12. Office Phone Number: **978-809-0194**

13. Agency: **FDA-OCI**

14. Signature: _____

15. Date: **August 26, 2021**

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION